**Electronically Filed
Supreme Court
SCAD-20-0000436
15-MAR-2021
08:12 AM
Dkt. 8 ORD**

SCAD-20-0000436

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE: D. GERALD FALLS (Disabled), Bar No. 4088

_____

ORIGINAL PROCEEDING
(ODC Case No. 16-O-073)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Hiraoka,
assigned by reason of vacancy)

Upon consideration of the March 11, 2021 motion filed by Bradley Tamm, Chief Disciplinary Counsel at the Office of Disciplinary Counsel, for discharge as Trustee over the legal practice of attorney D. Gerald Falls due to incapacity, as provided by Rule 2.20 of the Rules of the Supreme Court of the State of Hawaiʻi, and the record in this matter, we conclude that the funds in the client trust account maintained at Hawaii National Bank, ending in x3326, have successfully escheated to the State, pursuant to Hawaiʻi Revised Statutes Ch. 523A (2008), and that nothing further remains for Trustee Tamm to do with regards to this trusteeship.  Therefore,

IT IS HEREBY ORDERED that the motion is granted and Tamm is discharged as Trustee in this matter.  The clerk of the court shall close these proceedings.

DATED: Honolulu, Hawaiʻi, March 15, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Keith K. Hiraoka